Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE, <br><br> Plaintiff, <br><br> – v. – <br><br> EDUARDO S. ELSZTAIN; CONSULTORES ASSETS MANAGEMENT S.A.; CONSULTORES VENTURE CAPITAL URUGUAY S.A.; AGROINVESTMENT S.A.; CONSULTORES VENTURE CAPITAL LIMITED; IFIS LIMITED; INVERSIONES FINANCIERAS DEL SUR S.A.; CRESUD SOCIEDAD ANONIMA COMERCIAL, INMOBILIARIA, FINANCIERA Y AGROPECUARIA; AGROLOGY S.A.; IRSA INVERSIONES Y REPRESENTACIONES SOCIEDAD ANONIMA; TYRUS S.A.; JIWIN S.A.; IDALGIR S.A.; REAL ESTATE INVESTMENT GROUP L.P.; REAL ESTATE INVESTMENT GROUP II L.P.; and REAL ESTATE INVESTMENT GROUP III L.P., <br><br> Defendants, <br><br> – and – <br><br> HERSHA HOSPITALITY TRUST, <br><br> Nominal Defendant. | ECF CASE <br><br> No. 11-cv-3320 (SAS) (AJP) <br><br>  USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/20/12 |

## STIPULATION OF DISMISSAL
### DATED AS OF AUGUST 16, 2012

WHEREAS Plaintiff Donna Ann Gabriele Chechele ("Chechele") filed a complaint (the "Complaint") with this Court on May 16, 2011 in the matter captioned above (the "Action") against the Insider Defendants (as that term is defined in the Complaint);

WHEREAS the parties to the Action have entered into that certain Settlement Agreement dated as of June 25, 2012 (the "Settlement Agreement");

WHEREAS the Settlement Agreement provides that each of the following is a material condition precedent to the obligations of the parties thereto: (i) the Court's approval of the Settlement Agreement on the terms set forth therein; and (ii) the filing of a Stipulation of Dismissal with the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS the Court approved the Settlement Agreement on the terms set forth therein on August 1, 2012; and

WHEREAS the parties to the Action wish to stipulate to the dismissal of the Action with prejudice pursuant to the terms of the Settlement Agreement;

NOW, THEREFORE, the parties to this Action, by and through their respective undersigned counsel, hereby stipulate that all claims, defenses, cross-claims, and counterclaims (whether sounding in contract, tort, statutory law or otherwise) that were raised, or that could have been raised in the Action, including all Insider Defendants Released Claims, Company Released Claims, and Stockholder and Counsel Released Claims (as those terms are defined in the Settlement Agreement) against any party to the Action, the Insider Releasees or the Company Releasees (as those terms are defined in the Settlement Agreement), are hereby DISMISSED WITH PREJUDICE effective immediately.

*[remainder of page intentionally left blank]*

IN WITNESS WHEREOF, each person hereunder has set his hand as of the first date set forth above.

*(signature)*

James A. Hunter
HUNTER & KMIEC
150 East 44th Street, No. 9A
New York, New York 10017
Phone: (646) 666-0122
Fax:    (646) 462-3356

*Attorneys for Plaintiff Donna Ann Gabriele Chechele*

---

Robert G. Houck
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Phone: (212) 878-8000
Fax:    (212) 878-8375

*Attorneys for the Insider Defendants*

*(signature)*

Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Phone: (212) 309-1000
Fax:    (212) 309-1100

*Attorneys for Nominal Defendant Hersha Hospitality Trust*

IN WITNESS WHEREOF, each person hereunder has set his hand as of the first date set forth above.

_____
James A. Hunter
HUNTER & KMIEC
150 East 44th Street, No. 9A
New York, New York 10017
Phone: (646) 666-0122
Fax:    (646) 462-3356

*Attorneys for Plaintiff Donna Ann Gabriele Chechele*

_____
Robert G. Houck
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Phone: (212) 878-8000
Fax:    (212) 878-8375

*Attorneys for the Insider Defendants*

_____
Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Phone: (212) 309-1000
Fax:    (212) 309-1100

*Attorneys for Nominal Defendant Hersha Hospitality Trust*

SO ORDERED:

_____
U.S.D.J.    8/20/12

-3-